**Barbara Lindsey CURRY,**
**Plaintiff-Appellant,**

v.

**Nancy A. BERRYHILL, Commissioner**
**of the Social Security Administration,**
**Defendant-Appellee,**

and

**J. Heinbockei; Adam Steifer; Brian M.**
**Ricci; Office of Disability Adjudica-**
**tion and Review; Fiona Lazimi, De-**
**fendants,**

and

**Social Security Administration,**
**Party-in-Interest.**

No. 16-1627

United States Court of Appeals,
Fourth Circuit.

Submitted: March 14, 2017

Decided: March 16, 2017

Barbara Lindsey Curry, Appellant Pro
Se. Robert Drum, Special Assistant United
States Attorney, Philadelphia, Pennsylva-
nia, for Appellee.

Before FLOYD and HARRIS, Circuit
Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Barbara Lindsey Curry appeals the dis-
trict court's order adopting the magistrate
judge's report and recommendation and
affirming the Social Security Administra-
tion's decision to deny Curry disability
benefits. On appeal, we confine our review
to the issues raised in the Appellant's
brief. See 4th Cir. R. 34(b). Because Cur-
ry's informal brief does not challenge the
basis for the district court's disposition,
Curry has forfeited appellate review of the
court's order. Accordingly, we affirm the
district court's judgment. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before this court and ar-
gument would not aid the decisional pro-
cess.

AFFIRMED